IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      Chapter 13

Inez E Norris                   :      Case No. 18-11719-JKF
xxx-xx-7529

        Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                    $146.50 EVERY TWO WEEKS.

    The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

**Date: October 22, 2018**

_____
HONORABLE JEAN K. FITZSIMON      DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:                David M. Offen Esq.
William C. Miller, Esq., Interim       Suite 160 West, Curtis Ctr.
Trustee                                Philadelphia, PA 19106
PO Box 680                             (215) 625-9600
Memphis, TN  38101-1799

Payroll Controller
Commonwealth of Pennsylvania