IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Inez E. Norris<br>Debtor | ) Chapter 13<br>)<br>) No. 18-11719-JKF<br>) |

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                       /s/David M. Offen
                                                       David M. Offen
                                                       **Attorney for Debtor**

Date:3/26/19