IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Inez E. Norris | Debtor(s) | Chapter 13 |
| MIDFIRST BANK | Moving Party | |
| vs. | | NO. 18-11719 JKF |
| Inez E. Norris | Debtor(s) | |
| Debra Norris | Co-Debtor | |
| Scott Waterman | Trustee | |

## ORDER

AND NOW, this 7th day of October, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5940 Jefferson Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Inez E. Norris
5940 W Jefferson Street
Philadelphia, PA 19151

Debra Norris
5940 W Jefferson Street
Philadelphia, PA 19151

Scott Waterman
2901 St. Lawrence Ave.
 Reading, PA 19606

David M. Offen
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532